UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: _____

HAYAT AARRAS; et al.,
on behalf of themselves and all others similarly
situated,

    Plaintiffs,

vs.

TRUMP PLAZA DORAL,
a foreign for profit corporation; et al.,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendant Trump Plaza Doral ("Trump"),[1] pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes this action from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, where the action is now pending, to the United States District Court for the Southern District of Florida, Miami Division. The removal of this action is based upon the following:

1. On January 7, 2015, Plaintiffs filed a civil action in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, entitled *Hayat Aarras, et al. v. Trump Plaza Doral, et al.*, Case No. 15-00324CA01 ("Circuit Court Action").

---

[1] Plaintiffs incorrectly name Trump Plaza Doral as a Defendant in this matter; however, Trump Plaza Doral is a non-existent entity. Although it denies that it employed Plaintiffs during the relevant time period referenced in Plaintiffs' Complaint, the appropriate operating entity is Trump Miami Resort Management LLC. Trump Miami Resort Management LLC requests that Plaintiffs amend their pleadings accordingly to substitute Trump Miami Resort Management LLC, for Trump Plaza Doral.

2. On January 12, 2015, the Complaint and Summons were served upon Trump. True and correct copies of all processes, pleadings, and orders served upon Trump are attached as Exhibit A ("State Court File").[2]

3. Thus, this Notice of Removal is timely filed, pursuant to 28 U.S.C. § 1446(b), within 30 days from the date on which Trump received notice of the Circuit Court Action.

4. Plaintiffs' Complaint contains a total of two causes of action against Trump. *See* State Court File. In Count I, Plaintiffs allege Trump, together with the other named Defendants, failed to pay Plaintiffs their minimum hourly wages from April 15, 2014 to April 23, 2014 in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 206(a). In Count II, Plaintiffs allege Trump, together with the other named Defendants, failed to pay Plaintiffs overtime premiums for hours worked in excess of 40 hours per week in violation of the FLSA, 29 U.S.C. § 207(a). Plaintiffs base both Counts on the same factual allegations. *See id.*

5. This action is within the original federal question jurisdiction of the United States District Court, pursuant to 28 U.S.C. § 1331, because Plaintiffs have asserted claims under the FLSA.

6. The District and Division embracing the place where this action is presently pending is the United States District Court for the Southern District of Florida, Miami Division. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. § 1441.

7. Pursuant to 28 U.S.C. § 1446(d), Trump provided written notice of the removal to the Plaintiffs in this action. Trump has also contemporaneously filed a copy of this Notice of

---

[2] Upon information and belief, Defendants Eden Tours, LLC; David Goldwasser d/b/a Eden Tours, Asai, Inc.; Frank Adan; and Stephen Satz have not been served with the Complaint and Summons as of the date of the instant Notice of Removal.

Removal in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida. A copy of the Notice of Filing Notice of Removal is attached as Exhibit B.

WHEREFORE, Trump respectfully requests that this action now pending in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, be removed to this Court.

Dated this 22nd day of January 2015.   Respectfully submitted,

LITTLER MENDELSON, P.C.
333 SE 2nd Avenue, Suite 2700
Miami, FL  33131
Tel:  (305) 400-7500
Fax: (305) 603-2552

By: */s/ Jorge Zamora, Jr.*
Jonathan A. Beckerman
Florida Bar No. 0568252
E-mail: jabeckerman@littler.com
Jorge Zamora, Jr.
Florida Bar No. 0094713
E-mail: jzamora@littler.com

*Counsel for Defendant*
Trump Miami Resort Management LLC

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was filed and served via the CM/ECF system this 22nd day of January 2015 to:

Roderick V. Hannah
Florida Bar No. 435384
Email: rhannah@hrhannahlaw.com
RODERICK V. HANNAH, ESQ., P.A.
1250 South Pine Island Road, Suite 375
Plantation, FL 33324
Tel: 954.362.3800
Fax: 954.362.3779
*Counsel for Plaintiffs*

Spencer Aronfeld
Florida Bar No. 905161
Email: aronfeld@aronfeld.com
ARONFELD TRIAL LAWYERS
3132 Ponce De Leon Boulevard
Coral Gables, FL 33134
Tel: 305.441.0440
Fax: 305.441.0198
*Co-Counsel for Plaintiffs*

                                                                /s/ *Jorge Zamora, Jr.*
                                                                 Jorge Zamora, Jr.

Firmwide:131274609.1 999999.6177