UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-cv-20258-CMA

HAYAT AARRAS; et al.,
on behalf of themselves and all others similarly
situated,

    Plaintiffs,

vs.

TRUMP PLAZA DORAL,
a foreign for profit corporation; et al.,

    Defendants.
_____/

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Trump Plaza Doral,[1] pursuant to Rule 7.1, Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement as follows:

1. Trump Plaza Doral is a non-existent entity.
2. Trump Miami Resort Management Member Corp is Trump Miami Resort Management LLC's parent corporation.
3. No publicly traded corporation owns 10% or more of Trump Miami Resort Management LLC's stock.

A supplemental disclosure statement will be filed upon any change in the information provided.

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

---

[1] Plaintiffs incorrectly name Trump Plaza Doral as a Defendant in this matter; however, Trump Plaza Doral is a non-existent entity. Although it denies that it employed Plaintiffs during the relevant time period referenced in Plaintiffs' Complaint, the appropriate operating entity is Trump Miami Resort Management LLC. Trump Miami Resort Management LLC requests that Plaintiffs amend their pleadings accordingly to substitute Trump Miami Resort Management LLC, for Trump Plaza Doral. In anticipation of such substitution, Trump Miami Resort Management LLC's corporate disclosure statement is incorporated herein.

Dated this 29th day of January 2015.	Respectfully submitted,

                                                   LITTLER MENDELSON, P.C.
333 SE 2nd Avenue, Suite 2700
Miami, FL  33131
Tel:  (305) 400-7500
Fax: (305) 603-2552

By: */s/ Jorge Zamora, Jr.*
Jonathan A. Beckerman
Florida Bar No. 0568252
E-mail: jabeckerman@littler.com
Jorge Zamora, Jr.
Florida Bar No. 0094713
E-mail: jzamora@littler.com

*Counsel for Defendant*
Trump Miami Resort Management LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of January 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the CM/ECF participants identified below.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants identified at the time of electronic filing.

*/s/ Jorge Zamora, Jr*
Jorge Zamora, Jr.

## SERVICE LIST

**COUNSEL FOR PLAINTIFFS:**

Roderick V. Hannah
Florida Bar No. 435384
Email: rhannah@hrhannahlaw.com
RODERICK V. HANNAH, ESQ., P.A.
1250 South Pine Island Road, Suite 375
Plantation, FL 33324
Tel: 954.362.3800
Fax: 954.362.3779
*Counsel for Plaintiffs*

Spencer Aronfeld
Florida Bar No. 905161
Email: aronfeld@aronfeld.com
ARONFELD TRIAL LAWYERS
3132 Ponce De Leon Boulevard
Coral Gables, FL 33134
Tel: 305.441.0440
Fax: 305.441.0198
*Co-Counsel for Plaintiffs*

*(Served via transmission of Notices of Electronic Filing generated by CM/ECF)*

**COUNSEL FOR DEFENDANT:**

Jonathan A. Beckerman
Florida Bar No. 0568252
E-mail: jabeckerman@littler.com
Jorge Zamora, Jr.
Florida Bar No. 0094713
E-mail: jzamora@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, Florida 33131
Tel: 305.400.7500
Fax: 305.603.2552

*(Served via transmission of Notices of Electronic Filing generated by CM/ECF)*

Firmwide:131417025.1 999999.6177