UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-20258-CIV-ALTONAGA/O'SULLIVAN

HAYAT AARRAS, et al.,
    Plaintiffs,
v.

TRUMP PLAZA DORAL, et al.,
    Defendants.
_____/

**ORDER**

THIS MATTER is before the Court following an informal discovery hearing held before the undersigned on October 20, 2015.  Having held a hearing in this matter and for the reasons stated on the record, it is

ORDERED AND ADJUDGED that on or before October 27, 2015, the plaintiffs Theresa Knight and Dedric Stafford shall each pay a total of $385.00 to Littler Mendelson, P.C.  If either Theresa Knight or Dedric Stafford are unable to pay the $385.00 due to financial reasons, they shall file a detailed affidavit with the Court outlining their inability to pay.  It is further

ORDERED AND ADJUDGED that on or before October 28, 2015, counsel for the plaintiff shall file a notice with this Court indicating whether the plaintiffs Theresa Knight and Dedric Stafford complied with this Order and submitted the aforementioned payment to defense counsel on or before October 27, 2015.  It is further

ORDERED AND ADJUDGED that the plaintiffs Theresa Knight and Dedric Stafford are warned that the failure to comply with this Order may result in a recommendation that their claims be dismissed in their entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida this 20th day of October, 2015.

                        JOHN J. O'SULLIVAN
                        UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Altonaga and All counsel of record