UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20258-CIV-ALTONAGA/O'Sullivan

**HAYAT AARRAS**, *et al.*,

    Plaintiffs,

v.

**TRUMP PLAZA DORAL**, *et al.*,

    Defendants.

_____/

## AMENDED ORDER SETTING TRIAL AND PRE-TRIAL SCHEDULE

**THIS CAUSE** came before the Court on the parties' joint Motion for Extension . . . ("Motion") [ECF No. 159] seeking to continue and extend a variety of deadlines. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 159]** is **GRANTED** as follows:

This matter is set for trial during the Court's two-week trial calendar beginning on **April 18, 2016**. Calendar call will be held at **9:00 a.m. on Tuesday, April 12, 2016**. No pre-trial conference will be held unless a party requests one and the Court determines that one is necessary. The parties shall adhere to the following schedule:

**December 21, 2015**. All discovery is completed.

**January 8, 2016**. All pre-trial motions and *Daubert* motions (which include motions to strike experts) are filed. Each party is limited to filing one *Daubert* motion. If all evidentiary issues cannot be addressed in a 20-page memorandum, leave to exceed the page limit will be granted. **The parties are reminded that *Daubert* motions must contain the Local Rule 7.1(a)(3) certification.**

**February 22, 2016**. Parties submit joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable, and motions *in limine* (other than *Daubert* motions). Each party is limited to filing one motion *in limine*. If all evidentiary issues cannot be addressed in a 20-page

memorandum, leave to exceed the page limit will be granted.  **The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification.**

**DONE AND ORDERED** in Miami, Florida, this 29th day of October, 2015.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:     counsel of record