RECEIVED
UNITED STATES MARSHAL

2015 DEC 28   AM 9: 48

SOUTHER...
OF FLORIDA
FERGUSON BLDG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20258-CIV-ALTONAGA/O'SULLIVAN

HAYAT AARRAS, et al.,

    Plaintiffs,

v.

TRUMP PLAZA DORAL, et al.,

    Defendants.

_____/

### WARRANT FOR ARREST AND BREAK ORDER

THIS MATTER is before the Court following a show cause hearing held before the undersigned on December 22, 2015. The defendant, David Goldwasser, failed to appear for the show cause hearing held before the undersigned on December 22, 2015, which he was required to do by Court Order dated December 15, 2015 (DE # 194). It is therefore:

ORDERED AND ADJUDGED that the United States Marshal is hereby commanded to take into custody, David Goldwasser, and bring him before United States Magistrate Judge John J. O'Sullivan located at 301 North Miami Ave., 5th Floor Courtroom, Miami, Florida 33128, on January 5, 2016, at 9:15 AM.

DIRECTIONS TO THE UNITED STATES MARSHALS SERVICE:

This Order shall be promptly served and executed on January 5, 2016. This Order further authorizes the United States Marshal to use reasonable force in order to effectuate the defendants' arrest, and may break any door or barrier to enter a dwelling in which the defendant lives if there is reason to believe the defendant is within the dwelling.

No physical description is available for David Goldwasser.

The Home Address of David Goldwasser is: 4101 Pine Tree Drive, Apt. 706,

Miami Beach, FL 33104.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 22nd day of

December, 2015.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
The Honorable Judge Altonaga
All Counsel of Record

Certified to be a true and
correct copy of the document on file
Steven M. Larimore, Clerk,
U.S District Court
Southern District of Florida

By  J. Rousso

Deputy Clerk

Date 12|22|2015

## UNITED STATES MARSHALS RETURN

THE UNDERSIGNED CERTIFY AND RETURN THAT I HAVE
EXECUTED ☐ OR SERVED ☐, THE WITHIN COURT
DOCUMENT IN PART ☒, OR IN FINAL FORM ☐, ON
___5th___ OF _Jonuary_ 20_16_ AT
_401 Pinetree Drive 7tb, Miamibeach, FL_
SEE EXPLANATION BELOW. (IF APPLICABLE)

_Amos Rojas Jr_
UNITED STATES MARSHAL
SOUTHERN DISTRICT OF FLORIDA

BY: _____
DEPUTY UNITED STATES MARSHAL