UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20258-CIV-ALTONAGA/O'SULLIVAN

HAYAT AARRAS; et al,

    Plaintiffs,

vs.

TRUMP MIAMI RESORT
MANAGEMENT LLC, a foreign limited
liability company; et al.,

    Defendants.
_____/

**PLAINTIFFS' NOTICE OF CONFLICT AND
UNOPPOSED MOTION TO CONTINUE TRIAL**

Plaintiffs, through their undersigned counsel, respectfully file their Notice of Conflict and Unopposed Motion to Continue Trial, and in support thereof state as follows:

**PLAINTIFFS' CONFLICT**

1    The trial in this matter is scheduled for the two-week period beginning on April 18, 2016. The Parties have estimated that it would take ten (10) days to try this case.

2.    Plaintiffs' undersigned and lead counsel in this case, Roderick V. Hannah, Esq., is also scheduled as lead counsel for another two-week jury trial during the same trial period before the Honorable Federico Moreno in the following case: *Osman Lara, et al. v. G & E Florida Contractors, LLC et al.*, Case No. 15-cv-20306-FAM. This is a 71-plaintiff FLSA collective action that Judge Moreno has already continued twice, and it is likely to proceed to trial during the same trial period for which this case is scheduled for trial.

## MOTION TO CONTINUE TRIAL

Plaintiffs respectfully ask the Court to continue trial in this matter from its current docket scheduled to begin on April 18, 2016, for the reasons set forth below:

1. Both this case and the case before Judge Moreno involve multiple plaintiffs: the case before Judge Moreno 71 plaintiffs, and this case 48 plaintiffs. Given that many of the plaintiffs in both cases will be required to testify, and that time will be needed to organize and prepare witnesses and prepare exhibits for both cases, it will be impossible for the undersigned to fully and properly prepare both cases for trial. Also, as undersigned counsel Roderick Hannah is lead counsel in both cases, it will be impossible for Mr. Hannah to try both cases during the same trial period.

2. Trial of this case has been continued once to date per joint motion of the Parties, but Judge Moreno has continued the trial in his case twice already. Judge Moreno has given every indication that he intends to proceed with the trial of his case on the April 18, 2016 calendar.

3. A brief continuance of this trial to a later calendar will not prejudice any of the parties hereto. Indeed, counsel for Defendant Trump Miami Resort Management, LLC, the only active Defendant in this case, is not opposed to the continuance.

4. To alert Judge Moreno to the conflict with this case, the undersigned will also be filing a Notice of Conflict in his case.

5. In compliance with S. D. Fla. Local Rule 7.6, the affidavit of Plaintiffs' counsel, Roderick V. Hannah, Esq., evidencing exceptional cause for the continuance is attached as Exhibit "A".

WHEREFORE, Defendants respectfully request the Court to enter an Order continuing the

trial of this matter from its current docket scheduled to begin on April 18, 2016.

## CERTIFICATION OF CONFERRAL

The undersigned counsel for Plaintiffs hereby certify that they have complied with the requirements of S.D. Fla. Local Rule 7.1(a)(3) in that, prior to filing this Motion, they conferred with counsel for Defendant Trump in a good faith effort to resolve or narrow the issues raised by this Motion, and counsel for Defendant Trump is not opposed to the relief being sought herein.

Respectfully Submitted,

| | |
|---|---|
| RODERICK V. HANNAH, ESQ., P.A. | ARONFELD TRIAL LAWYERS |
| Attorneys for Plaintiffs | Co-counsel for Plaintiffs |
| 8751 West Broward Boulevard | 3132 Ponce De Leon Boulevard |
| Suite 303 | Coral Gables, FL 33134 |
| Plantation, FL 33324 | Telephone: (305)441-0440 |
| Telephone: (954) 362-3800 | Facsimile: (305) 441-0198 |
| Facsimile: (954) 362-3779 | Email: aronfeld@arnfeld.com |
| Email: rhannah@rhannahlaw.com | |
| | |
| By  /s/ *Roderick V. Hannah* | By  *s/ Spencer M. Aronfeld* |
|         Roderick V. Hannah |         Spencer M. Aronfeld |
|         Fla. Bar No. 435384 |         Fla. Bar No. 905161 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of March, 2016, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Jonathan A. Beckerman, Esq.
Florida Bar No. 0568252
E-mail: jabeckerman@littler.com
Jorge Zamora, Jr., Esq.
Florida Bar No. 0094713
E-mail: jzamora@littler.com
LITTLER MENDELSON, PC
333 SE 2nd Avenue, Suite 2700
Miami, Florida  33131
Tel: (305) 400-7500
Fax: (305) 603-2552

*Counsel for Defendant*
*Trump Miami Resort Management LLC*

Eden Tours, LLC, David Goldwasser d/b/a Eden Tours
David Goldwasser
4101 Pine Tree Drive, Apt. 706
Miami Beach, Florida  33104
E-mail:  davidgoldwasser@gmail.com

Defendant Frank Adan, pro se and as
President and Registered Agent for Defendant
ASAI, INC.
6535 SW 22nd Court
Miramar, Florida  33023
(e-mail:  Fadan777@gmail.com)

Defendant Stephen Satz, pro se
5955 Lasalle Street
Lasalle Ontario N2J307
CANADA
(e-mail stephensatz@hotmail.com)

/s/  *Roderick V. Hannah*

Roderick V. Hannah