UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20258-CIV-ALTONAGA/O'Sullivan

**HAYAT AARRAS**, *et al.*,

    Plaintiffs,
v.

**TRUMP PLAZA DORAL**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Plaintiffs' Notice of Conflict and Unopposed Motion to Continue Trial ("Motion") [ECF No. 239], filed March 24, 2016. In the Motion, Plaintiffs' lead counsel reports a scheduling conflict with trial scheduled in case number 15-20306-CIV-MORENO ("the *Lara* case"). (*See id.*). Counsel argues he cannot try both cases during the same trial period and asserts it is this case that should be continued because the *Lara* case has already been continued twice, whereas this case has only been continued once. (*See* Mot. 2).

The Motion does not explain why Plaintiffs' counsel failed to alert Judge Moreno to the conflict when it was created in — and by — the *Lara* case, seeing as trial in this case was set to the date at issue on October 29, 2015, whereas the *Lara* case was not reset for trial until nearly four months later, on February 10, 2016. (*See* Order [ECF No. 162]; Order [ECF No. 123] in 15-20306-CIV-MORENO). It would have behooved counsel to have raised this conflict in the *Lara* case when it was created. Failing that logical course of action, if counsel intended to request this trial be continued, he should have notified the Court when this issue arose. Instead, Plaintiffs inexplicably waited six weeks before returning here shortly before calendar call to request the

earlier-set trial — in what is the earlier-filed case — be continued a second time. Plaintiffs' counsel provides no explanation for this decision and delay, and the Court notes the presence of more than one plaintiffs' attorney in both cases. Consequently, the Court is not inclined to grant the Motion.

For the foregoing reasons, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion **[ECF No. 239]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 24th day of March, 2016.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record