UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20258-CIV-ALTONAGA/O'SULLIVAN

HAYAT AARRAS; et al,

    Plaintiffs,

vs.

TRUMP MIAMI RESORT
MANAGEMENT LLC, a foreign limited
liability company; et al.,

    Defendants.
_____/

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR DEFAULT FINAL JUDGMENT

Plaintiffs, through undersigned counsel, move this Court for a ten-day extension of time to comply with this Court's April 4, 2016 Order [ECF No. 241] file their motion for default final judgment against the defaulted parties, on the following grounds:

1. Per this Court's Order of April 4, 2016, Plaintiffs' motion for default judgment as to the defaulted Defendants is due by April 11, 2016.

2. Plaintiffs' undersigned counsel requires an additional ten days – until April 21, 2016 – to file the motion for default judgment. The extension is necessary for two primary reasons. First, the amount of damages being claimed must be supported by the individual Plaintiffs' affidavits. There are 48 Plaintiffs in this case, all at different locations, and the undersigned will need the additional time to secure the necessary supporting affidavits. Second, there are two non-defaulted individual Defendants, Stephen Satz and Frank Adan, against whom Plaintiffs and the undersigned intend to move for default and default final judgment, as well. To fully close this case, the claims against those individual Defendants, who have to date

participated *pro se* and who have repeatedly violated this Court's various orders, must also be resolved and a motion for default and for entry of default judgment would be the best vehicle to do so.

3. This Motion is not being interposed for purposes of delay and the requested relief, if granted, will not prejudice the Court or any of the parties hereto.

4. Pursuant to Local Rule 7.1, Plaintiffs' undersigned counsel conferred in good faith with Defendants' counsel regarding the relief sought herein, and Defendants' counsel are not opposed.

WHEREFORE, Plaintiffs request that this Motion be granted, and that Plaintiffs be given until April 21, 2016 in which to submit their motion for default judgment. A proposed Order granting this Motion is attached as Exhibit "A".

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **ARONFELD TRIAL LAWYERS** |
| Attorneys for Plaintiffs | Co-counsel for Plaintiffs |
| 8751 West Broward Boulevard | 3132 Ponce De Leon Boulevard |
| Suite 303 | Coral Gables, FL 33134 |
| Plantation, FL 33324 | Telephone: (305)441-0440 |
| Telephone: (954) 362-3800 | Facsimile: (305) 441-0198 |
| Facsimile: (954) 362-3779 | Email: aronfeld@arnfeld.com |
| Email: rhannah@rhannahlaw.com | |
| By  /s/ *Roderick V. Hannah* | By  *s/ Spencer M. Aronfeld* |
|      Roderick V. Hannah |      Spencer M. Aronfeld |
|      Fla. Bar No. 435384 |      Fla. Bar No. 905161 |

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of April, 2016, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Jonathan A. Beckerman, Esq.
Florida Bar No. 0568252
E-mail: jabeckerman@littler.com
Jorge Zamora, Jr., Esq.
Florida Bar No. 0094713
E-mail: jzamora@littler.com
LITTLER MENDELSON, PC
333 SE 2nd Avenue, Suite 2700
Miami, Florida  33131
Tel: (305) 400-7500
Fax: (305) 603-2552

*Counsel for Defendant*
*Trump Miami Resort Management LLC*

Eden Tours, LLC, David Goldwasser d/b/a Eden Tours
David Goldwasser
4101 Pine Tree Drive, Apt. 706
Miami Beach, Florida  33104
E-mail:  davidgoldwasser@gmail.com

Defendant Frank Adan, pro se and as
President and Registered Agent for Defendant
ASAI, INC.
6535 SW 22nd Court
Miramar, Florida  33023
(e-mail:  Fadan777@gmail.com)

Defendant Stephen Satz, pro se
5955 Lasalle Street
Lasalle Ontario N2J307
CANADA
(e-mail stephensatz@hotmail.com)

/s/ *Roderick V. Hannah*
Roderick V. Hannah

3