# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20258-CIV-ALTONAGA/O'SULLIVAN

HAYAT AARRAS; et al,

    Plaintiffs,

vs.

TRUMP MIAMI RESORT
MANAGEMENT LLC, a foreign limited
liability company; et al.,

    Defendants.
_____/

**AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT FINAL JUDGMENT**

STATE OF FLORIDA        )
                                 )ss:
COUNTY OF MIAMI-DADE  )

    BEFORE ME, the undersigned authority, personally appeared NILYELIZ AGUDELO who, being first duly sworn and under oath, deposes and says:

1. I declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

2. I am one of the Plaintiffs in this action.

3. I was employed by the Defendants during the Eden Tours Pesach Passover event at the Trump National Doral resort during the period April 13, 2014 through April 23, 2014 ("Passover Event").

4. During the Passover Event, I worked an estimated 90 hours the first work week and an estimated 60 hours the second week.

5. I was not paid any wages for my work.

1

6. I was promised to be paid $1,200.00 for the event, which is a $15.00 per hour regular rate based on a 40-hour work week.

7. I am owed $580.00 in unpaid minimum wages based on the then federal minimum wage of $7.25 per hour for 80 hours of work over two work weeks.

8. I am owed $1,575.00 in unpaid overtime for estimated 70 hours of overtime at $22.50 (time and one-half my regular hourly rate) per hour.

9. I received $489.80 in claimed unpaid wages in settlement with Defendants New Star Caterers and Abraham Fuchs. I am thus owed an estimated $1,665.20 in total unpaid minimum wages and overtime from the Defendants.

10. The individual Defendants named in the case – Frank Adan, Stephen Satz, and David Goldwasser – are known to me to not be in the United States military service or any United States government agency or branch subject to the provisions of the Soldiers' and Sailors' Civil Relief Act.

11. FURTHER AFFIANT SAYETH NAUGHT.

_____
NILYELIZ AGUDELO

SWORN TO and subscribed before me by NILYELIZ AGUDELO; who is personally known to me or showed me __FL Drivers License__ as proof of identification, this 20th day of April, 2016.

_____
NOTARY PUBLIC, STATE OF FLORIDA

My commission expires: 3/13/2019

> CARMEN A. CUERVO
> Notary Public - State of Florida
> Commission # FF 197141
> My Comm. Expires Mar 13, 2019
> Bonded Through National Notary Assn

2